BENJAMIN B. WAGNER
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>            Plaintiff,       )<br>                              )<br>       v.                     )<br>                              )<br> SERGIO MUNOZ GARCIA,         )<br>                              )<br>            Defendant.        )<br>_____) | CR NO. S-07-428 LKK<br><br>ORDER RE STATUS CONFERENCE |

    On February 23, 2010, at 9:15 a.m., this matter came on for a status conference.  The United States appeared through Assistant United States Attorney Carolyn K. Delaney.  Defendant Sergio Munoz Garcia appeared with his attorney Carl Larson and was assisted by a Spanish interpreter.

    The government and the defendant agreed that a further status conference should be scheduled on March 9, 2010, and that time should be excluded until that date based on the need for defense counsel to review the voluminous discovery and prepare (local code T4) and because of the complexity of the case (local code T2).

    Accordingly, the Court entered the following orders:

    For good cause shown, IT IS HEREBY ORDERED THAT:

    1.    The case is scheduled for a further status conference on

1

March 9, 2010

2. The time between February 23, 2010 and March 9, 2010 is excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to give the defendants time to review the discovery and to adequately prepare; and Local Code T2, Title 18, United States Code, Section 3161 (h)(8)(B)(ii). The Court specifically finds that the case is complex and that a continuance is necessary to give the defendant reasonable time to prepare for trial in this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.

DATE: February 23, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT